From: Luis R. Figueroa Hernandez
      United States Penitentiary Lee
      P.O. Box 305
      Jonesville, VA. 24263

To: Honorable Joseph H. Rodriguez
      Senior United States District Judge
      Mitchell H. Cohen Federal Court House
      One John F. Gerry Plaza
      Camden New Jersey 08101

      RE: United States v. Luis Figueroa
            Criminal No. 98-105 (JHR)

Dear Judge Rodriguez:

I have filed a "Motion for Relief From Judgment" pursuant to Federal Rule of Civil Procedure 60(b)(4). A copy of this Motion was served to the Respondent, and on July 1, 2009, the said Respondent presented this Court with a letter requesting that my Motion be recharacterized as a second or successive § 2255 Motion.

Whereas the Government has asked this Court to consider its July 9th letter as a response to the Motion I have filed, I now request that the Court treat this letter as a Motion for Leave to File a Reply Brief. I ask that I be permitted to file a Traverse to the Government's Response, whereas the response submitted has grossly misconstrued the nature of my Petition, thereby placing me in an extremely disadvantaged position in the consideration of my claims before this Court.

In conjunction with this request, I humbly ask that the Court send me notice of a date by which this Traverse may be filed.

                                    Respectfully Submitted,

                                    Luis R. Figueroa
                                    Movant/Defendant

Executed on July 8th, 2009.

                        SO ORDERED.

                        _____
                        July 30, 2009

1